M. W. ULMER, *Plaintiff in Error,* v. THE FIRST NATIONAL BANK OF ST. PETERSBURG, A CORPORATION, *Defendant in Error.*

This case was decided by Division A.

Writ of error to the Circuit Court for Hillsborough County.

*McMullen & McMullen,* for Plaintiff in Error;

*E. R. Gunby* and *Wm. Hunter,* for Defendant in Error.

PER CURIAM.—In accordance with an agreement filed herein and upon the authority of the decision in the case of Ulmer v. First National Bank of St. Petersburg this day filed, the judgment herein is reversed.